UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                            CASE NO.: 8:12-cv-1074-T-23MAP

JOHN DOES 1-22,

    Defendants.
_____/

**ORDER**

For the reasons stated in the plaintiff's responses (Docs. 26, 27, 28) and in Magistrate Judge Porcelli's order in *Malibu Media v. John Does 1-9*, No. 8:12-cv-669-T-23AEP (Doc. 25), John Doe 9's, 12's and 16's motions (Docs. 18, 19, 20) for protective order, to quash, to dismiss, and for reconsideration are **DENIED**.

ORDERED in Tampa, Florida, on September 27, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE