**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:12-cv-01074-SDM-AEP |
| v. | ) |
| JOHN DOES 1-22, | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF INTENT TO SERVE JOHN DOES 13 AND 17

Pursuant to this Court's order granting Plaintiff's Motion for Leave to Serve Third Party Subpoenas [Dkt. 13], Plaintiff hereby gives notice that it intends to amend its Complaint to name and serve John Does 13 and 17, no sooner than 14 (fourteen) days from today. Undersigned has contacted Defendants', or counsel for Defendant, if represented, and apprised them of same.

Dated: October 22, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*